**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION**

DANIEL RODRIGUEZ,

    Plaintiff,

v.

OSCAR PADILLA, *et al.*,

    Defendants.

No. C 06-6044 SBA

**ORDER**

    Under Federal Rule of Civil Procedure 4, a plaintiff must serve a defendant with a copy of the summons and complaint within 120 days of filing a complaint. Plaintiff Daniel Rodriguez's amended complaint was filed on February 6, 2007, well over four months ago. When a plaintiff fails to properly serve a defendant within 120 days of filing the complaint, the Court "shall dismiss the action without prejudice as to that defendant or direct that service be effected within a specified time." FED. R. CIV. P. 4(m).

    Accordingly, Rodriguez's amended complaint [Docket No. 4] is dismissed without prejudice.

IT IS SO ORDERED.

July 23, 2007

                                                          Saundra Brown Armstrong
                                                          United States District Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

DANIEL RODRIGUEZ,

        Plaintiff,

v.

OSCAR PADILLA et al,

        Defendant.

Case Number: CV06-06044 SBA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on July 23, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Daniel Rodriguez
34 Turk Street #343
San Francisco, CA 94102

Dated: July 23, 2007

Richard W. Wieking, Clerk
By: LISA R CLARK, Deputy Clerk

2